THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

GLENDA SEAY )
)
Plaintiff, )
) Case No: 3:09-CV-00605
vs. ) JURY DEMAND
) U.S. DISTRICT JUDGE
FORTUNE PLASTICS, INC., ) JUDGE JOE HAYNES, JR.
ET AL )
)
Defendant, )
)
)

*Order*

*The prior order granting this request (Dk No 39) is AMENDED to set a discovery deadline of December 31, 2010.*

*[signature] 5-3-10*

REQUEST FOR EXTENSION OF DISCOVERY DEADLINE TO COMPLETE
DISCOVERY IN THIS MATTER

Comes now the plaintiff, Glenda Seay, by and through her counsel in this matter,

Mr. Jordon D. Mathies, Mathies Law Offices, PLC, Nashville, Tennessee and pursuant to

the local rules of court for the Middle District of Tennessee and the Federal Rules of

Civil Procedure 6 (Enlargement of Time), the United States Constitution and moves this

Honorable Court for and extension of the deadline for completion of discovery in this

matter.

FOR CAUSE THE DEFENDANT WOULD STATE THE FOLLOWING

1. The current deadline for completion of discovery in this matter is set for March 5,

2009.

2. Because plaintiff's counsel has a diabetic condition, and suffered a recurring attack,

during late December, 2009 and early January, 2010 he was incapacitated for an extended

time period and has been slower to recover than expected. Moreover, Plaintiff's counsel

Case 3:09-cv-00605   Document 36   Filed 02/17/10   Page 1 of 3 PageID #: 232

Case 3:09-cv-00605   Document 43   Filed 05/03/10   Page 1 of 1 PageID #: 245