# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GLENDA SEAY, | |
| Plaintiff, | Civil Action No. 3:09-cv-00605 |
| v. | JURY DEMAND |
| FORTUNE PLASTICS, INC., | JUDGE HAYNES |
| Defendant. | |

*[Handwritten note: Granted. This motion is granted. /s/ [Judge] 3-23-11]*

## DEFENDANT FORTUNE PLASTICS, INC.'S MOTION FOR LEAVE TO FILE A REPLY

COMES NOW Defendant Fortune Plastics, Inc. ("Fortune Plastics"), and hereby files this Local Rule 7.01(b) Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Fortune Plastics' Motion for Protective Order. The purpose of the proposed Reply is to briefly reply to the untimely-filed Response in Opposition to Fortune Plastics' Motion for Protective Order. Specifically, Fortune Plastics seeks to address the untimeliness of Plaintiff's Response and some of the case law cited therein. Plaintiff cites case law on respective issues that do not stand for the propositions Plaintiff states, and are not applicable to Plaintiff's arguments.

If permitted, Fortune Plastics will file its proposed Reply within seven days of the Court's order granting Fortune Plastics' Motion for Leave to File a Reply or such other time as the Court deems appropriate.

Accordingly, Fortune Plastics respectfully asks this Court to grant it leave to file a reply.