UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLENDA SEAY, | ) |
| Plaintiff, | ) No. 3:09-cv-0605 |
| | ) Judge Sharp |
| v. | ) |
| | ) JURY DEMAND |
| FORTUNE PLASTICS, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum issued contemporaneously herewith, Defendant Fortune Plastics, Inc.'s Motion for Summary Judgment (Docket No. 60) is hereby GRANTED and Plaintiff Glenda Seay's claims against Defendant are hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE